IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BRENDA SMITH**                                                                                          **PLAINTIFF**

**v.**                              **CASE NO. 3:20-CV-00363-BSM**

**ST. BERNARDS HOSPITAL, INC.**                                               **DEFENDANT**

## ORDER

Brenda Smith's motion to dismiss [Doc. No. 10] is granted.  This case is dismissed without prejudice.  Fed. R. Civ. P. 41(a)(2).

IT IS SO ORDERED this 15th day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE