IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BRENDA SMITH**                                                                                        **PLAINTIFF**

v.                              **CASE NO. 3:20-CV-00363-BSM**

**ST. BERNARDS HOSPITAL, INC.**                                                          **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 15th day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE